PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

SEALED

FILED
JUL 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A WHITE 2007 MERCEDES-BENZ FOUR-DOOR CAR WITH LICENSE PLATE 6HFV921 | CASE NO. 2:17-SW-335 CKD<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics and counterfeit pharmaceutical production and distribution activities of the parties named in the application and order, signed May 9, 2017, which authorized agents of the DEA to install and monitor a tracking device in or on a white 2007 Mercedes-Benz four-door car, with license plate 6HFV921, ("TARGET VEHICLE"), for a period of 30 days.

The Government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order, until October 12, 2017.

Should the United States seek further postponement of the time within which it must serve the

1  notice, it shall make further application to this Court.

2      IT IS SO ORDERED.

3

4

5  Dated:   July 14, 2017      _____
                                                   Hon. Kendall J. Newman
                                                   U.S. MAGISTRATE JUDGE