McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

AUG 0 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS; [PROPOSED] ORDER |
|---|---|
| Information associated with "jamaineb01@gmail.com" and "business_lady05@hotmail.com" that is stored at premises controlled by Google, Inc. and Microsoft, Inc. | 2:16-SW-0602-AC |
| Information associated with "jamaineb01@gmail.com" that is stored at premises controlled by Google | 2:16-SW-0732-KJN |
| The Cellular Telephone Assigned Call Number (510) 309-5370 | 2:16-SW-0734-KJN |
| A WHITE 2007 MERCEDES-BENZ FOUR-DOOR CAR WITH CALIFORNIA LICENSE PLATE 6HFV921 | 2:17-SW-0335-CKD |
| The Cellular Telephone Assigned Call Number (510) 309-5370 | 2:17-SW-0336-CKD |
| A WHITE 2007 MERCEDES FOUR-DOOR CAR WITH CALIFORNIA LICENSE PLATE 6HFV921 AND A SILVER 2007 AUDI SPORT UTILITY VEHICLE WITH CALIFORNIA LICENSE PLATE CA 5BWL804 | 2:17-SW-0510-DB |
| INFORMATION ASSOCIATED WITH TOPDOLLA1237@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | 2:17-SW-1071-CKD |

MOTION TO UN-SEAL; [PROPOSED] ORDER

| | |
|---|---|
| 1  INFORMATION ASSOCIATED WITH JAMAINEB01@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | 2:17-SW-1072-CKD |
| 3  THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (510) 309-5370 | 2:18-SW-0050-EFB |
| INFORMATION ASSOCIATED WITH TOPDOLLA1237@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY Google | 2:18-SW-0392-CKD |
| INFORMATION ASSOCIATED WITH JAMAINEB01@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY Google | 2:18-SW-0393-CKD |
| A ZTE CELLULAR TELEPHONE IDENTIFIED AS EXHIBIT N-16 AND A SAMSUNG NOTE 5 IDENTIFIED AS EXHIBIT N-14; UNDER DRUG ENFORCEMENT ADMINISTRATION CASE NUMBER R7-16-0062, CURRENTLY LOCATED AT 4328 WATT AVENUE, SACRAMENTO, CALIFORNIA | 2:18-SW-0439-AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 808-2182 | 2:18-SW-0881-EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (559) 330-4452 | 2:19-SW-0152-CKD |
| A black Alcatel cellular telephone bearing IMEI: 014650001605068, CURRENTLY LOCATED AT the DEA Sacramento District Office | 2:19-SW-0195-DB |
| A 2014 Silver Buick Lacrosse, with License Plate 8ECW699 | 2:19-SW-0319-KJN |

## REQUEST TO UNSEAL

The search warrants, warrant affidavits, and related case filings in the above-captioned matters have been filed under seal. The investigation to which these matters relate resulted in the grand jury returning indictments on May 30, 2019. There is no longer a need for these search warrants and related

///

///

MOTION TO UN-SEAL; [PROPOSED] ORDER

documents to remain under seal. Accordingly, the United States requests that the above-captioned matters be unsealed.

Dated: August 5, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ David Spencer
DAVID W. SPENCER
Assistant United States Attorney

## [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 8-5-19

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE

MOTION TO UN-SEAL; [PROPOSED] ORDER